AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| DERRICK A. MILBOURNE,<br>on his own behalf and on behalf of those similarly situated<br><br>*Plaintiff(s)*<br>v.<br>JRK RESIDENTIAL AMERICA, LLC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:12CV861<br>)<br>)<br>)<br>)<br>) |

FILED DEC 21 2012 U.S. DISTRICT COURT RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JRK RESIDENTIAL AMERICA, LLC.
National Registered Agents, Inc.
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660- Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/12                                         K. Young
                                                      *Signature of Clerk or Deputy Clerk*

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Tyler Puryear

Lisa Uttech

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System, Business Filings Incorporated, and National Registered Agents, Inc. It does not certify the receipt or acceptance of any specific process.

_____
Lisa Uttech
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company


State of Virginia
County of Henrico


This day personally appeared before me, Lisa Uttech, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 17 day of April, 2012

_____
Notary Public

#286304

8/31/12

3328568-1  12/31

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

**DERRICK A MILBOURNE**

In re / v.

**JRK RESIDENTIAL AMERICA, LLC**

SERVICE OTHER THAN BY VIRGINIA SHERIFF

STATE/COMMONWEALTH OF: VA

332868 - 1

CASE NO:

## 3:12CV861

**NATIONAL REGISTERED AGENTS, INC**

**JRK RESIDENTIAL AMERICA, LLC**

**4701 COX RD STE 301, GLEN ALLEN, VA 23060**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **12/12/2012 @ 12:28 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*

**LISA UTTECH, ADMIN ASST**

Dated: 12/13/2012       Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 12/13/2012

My commission expire 10/31/2015

Signature of Notary Public:   CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

JESSICA CAMPBELL

332868 - 1