Case 3:12-cv-00861-REP   Document 6   Filed 08/07/13   Page 1 of 1 PageID# 26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK A. MILBOURNE,
on his own behalf and
on behalf of those
similarly situated,

    Plaintiff,

v.                                Civil Action No. 3:12cv861

JRK RESIDENTIAL
AMERICA, LLC,

    Defendant.

**ORDER**

Having reviewed the plaintiff's STATUS REPORT (Docket No. 5), it is hereby ORDERED that:

(1) the plaintiff shall file his Request for Entry of Default by August 9, 2013;

(2) the plaintiff shall file his motion for class certification by August 30, 2013; and

(3) if the plaintiff's motion for class certification is granted, the plaintiff shall file his motion for default judgment within thirty (30) days of entry of the Court's Order regarding certification of the class.

It is so ORDERED.

                                      /s/
                             Robert E. Payne
                             Senior United States District Judge

Richmond, Virginia
Date: August 7, 2013