IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DERRICK A. MILBOURNE, on
behalf of himself and all
others similarly situated,

    Plaintiff,

v.     Civil Action No. 3:12v861

JRK RESIDENTIAL AMERICA, LLC,

    Defendant.

**ORDER**

Having considered the JOINT MOTION FOR MODIFICAITON OF THE SCHEDULING ORDER (Docket No. 30), and for the reasons set forth on the record, it is hereby ORDERED that the motion is granted and briefing respecting the plaintiff's Motion for Class Certification is as follows:

| | |
|---|---|
| Plaintiff's Motion For Class Certification | August 1, 2014 |
| Defendant's Response | August 25, 2014 |
| Plaintiff's Reply | September 4, 2014 |
| Oral Argument | September 26, 2014 10:00 a.m. |

It is so ORDERED.

                                            /s/ *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: July 1, 2014