IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DERRICK A. MILBOURNE, on behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>JRK RESIDENTIAL AMERICA, LLC,<br><br>Defendant | Civil Action No. 3:12-cv-00861 |

## DECLARATION OF MIKE MOERSCHBACHER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Mike Moerschbacher, declare as follows:

1. I am the head of Human Resources for JRK Residential America, LLC ("JRK"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Since 2009, JRK has contracted with U.S. Background Screening to process background checks and adverse action notifications for applicants.

3. U.S. Background Screening, Inc. claims to have been in business since 1999 and asserts, "The majority of our staff is comprised of professionals who have devoted their entire careers to Pre-Employment Screening, Human Resources, Public Records Research, and Employment Law." For example, U.S. Background Screening makes these claims on its website, available at http://www.usbscorp.net/about-usbs.php.

4. Attached as Exhibit 1 is a true and correct copy of the May 29, 2009 email between Andrew Klein of U.S. Background Screening and Melody Martin Salazar of JRK, as well as the attachments to the email.

5. JRK continues to retain U.S. Background Screening for its employment law expertise and to ensure JRK's hiring procedures continue to comply with state and federal laws.

6. JRK provided every applicant for whom a background check was run during the class period with the disclosure and authorization form approved by U.S. Background Screening, an example of which was provided to Mr. Milbourne. A true and correct copy of Mr. Milbourne's disclosure and authorization form is attached hereto as Exhibit 2.

7. If an applicant was denied employment on the basis of information in their consumer report, JRK and U.S. Background Screening sent the applicant a "Notice of Adverse Action" along with a copy of their consumer report, an example of which was provided to Mr. Milbourne. A true and correct copy of Mr. Milbourne's "Notice of Adverse Action" letter is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October __13__, at Los Angeles, California.

*/s/ Mike Moerschbacher*

Mike Moerschbacher

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

Casey Shannon Nash
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-7770
Fax: 1-888-892-3512
Email: casey@clalegal.com

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com

Thomas Ray Breeden
Thomas R. Breeden PC
10326 Lomond Drive

Manassas, VA 20109
703-361-9277
Fax: 703-257-2259
Email: trb@tbreedenlaw.com

05912.00001/6250980.1