IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DERRICK A. MILBOURNE, on behalf of
Himself and All Others Similarly Situated

                           Plaintiff,

v.                                      Civil Action No.  3:12-cv-00861

JRK RESIDENTIAL AMERICA, LLC,

                          Defendant

## DEFENDANT JRK RESIDENTIAL AMERICA, LLC'S WITNESS LIST

Pursuant to the Court's Scheduling Order (Dkt. #81), Defendant JRK Residential America, LLC ("JRK") identifies the following witnesses it may call at trial:

1. Derrick A. Milbourne

2. Michael Moerschbacher

3. Mitzi Keaton

4. Melody Martin-Salazar

5. Denise Figueroa

In addition to the witnesses listed above, JRK reserves the right to call any witness identified on the Plaintiff's witness list.  JRK also reserves the right to call any additional witness necessary for the purposes of rebuttal or impeachment.

DATED:      June 8, 2015                            _____/s/ George P. Sibley, III_____

George P. Sibley, III (VSB #48773)
Thomas R. Waskom (VSB #68761)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804)788-8262
Facsimile:  (804) 788-8218
Email: gsibley@hunton.com
Email: twaskom@hunton.com

Shon Morgan (*Pro Hac Vice*)
Quinn  Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  shonmorgan@quinnemanuel.com

*Counsel for JRK Residential America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2015, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

Casey Shannon Nash
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-7770
Fax: 1-888-892-3512
Email: casey@clalegal.com

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com

Thomas Ray Breeden
Thomas R. Breeden PC
10326 Lomond Drive
Manassas, VA 20109
703-361-9277
Fax: 703-257-2259
Email: trb@tbreedenlaw.com


_____/s/ George P. Sibley, III_____