IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DERRICK A. MILBOURNE, on behalf of
Himself and All Others Similarly Situated

          Plaintiff,

v.

JRK RESIDENTIAL AMERICA, LLC,

          Defendant

Civil Action No. 3:12-cv-00861

**[PROPOSED] ORDER**

For the reasons set forth on the record on June 23, 2015, it is hereby ORDERED that:

1. Trial in this matter shall be continued generally. All deadlines imposed by this Court's Order of May 20, 2015 (ECF No. 81) are hereby suspended.

2. Discovery shall be re-opened for the limited purpose of developing the factual record with respect to the use and purpose of the form reflected in JRK(DM)000014 (the "Disputed Form"), by Defendant, JRK Residential America, LLC as to the Plaintiff and members of the Impermissible Use Class, as defined in this Court's order of October 31, 2014 (ECF No. 56). Such discovery shall be conducted as follows:

    a. On or before August 7, 2015, Defendant, JRK Residential America, LLC, shall produce, for each member of the Impermissible Use Class, any disclosure in the form reflected in JRK(DM)000014 that was signed by the class member before JRK obtained a background report respecting that individual.

      b.   On or before August 14, 2015, the parties shall serve any additional document requests or notice of deposition related to the limited scope set forth in paragraph 2 above.

      c.   All discovery shall be completed by September 11, 2015.

3.    On or before September 16, 2015, either party may file (a) any motion to decertify or modify the Impermissible Use Class; and (b) any motion for summary judgment respecting the legal effect of disclosures made to members of the Impermissible Use Class.  Responses shall be filed on or before September 28, 2015.  Reply briefs, if any, shall be filed on or before October 1, 2015.

4.    A hearing on any motions and status conference shall be held on _____ at _____.

It is so ORDERED.

_____
U.S. District Court Judge

Dated: _____, 2015

82444.000002 EMF_US 56259221v6