IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK A. MILBOURNE,
on his own behalf and on
behalf of those similarly
situated,

    Plaintiff,

v.                                  Civil Action No. 3:12cv861

JRK RESIDENTIAL AMERICA, LLC,

    Defendant.

**ORDER**

Having considered the MOTION TO STAY PRETRIAL DEADLINES AND BRIEFING (Docket No. 136) and the supporting memorandum, it is hereby ORDERED that the MOTION TO STAY PRETRIAL DEADLINES AND BRIEFING (Docket No. 136) is granted. It is further ORDERED that the jury trial scheduled for July 13, 2015 is continued generally pending further Order of the Court.

It is so ORDERED.

                                        /s/      REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: July 6, 2015