IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK A. MILBOURNE,
on his own behalf and on
behalf of those similarly
situated,

    Plaintiff,

v.                           Civil Action No. 3:12cv861

JRK RESIDENTIAL AMERICA, LLC,

    Defendant.

**ORDER**

As set forth on the record on August 16, 2016, it is hereby ORDERED that:

1. The parties shall file their motion for preliminary approval of the class settlement agreement by August 29, 2016;

2. The parties will be heard on the motion for preliminary approval on August 31, 2016 at 2:00 p.m.;

3. The parties shall file their motion for final approval of the class settlement agreement by December 2, 2016; and

4. The parties will be heard on the motion for final approval on December 12, 2016 at 10:00 a.m.

It is so ORDERED.

                                            /s/       REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: August 16, 2016