IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DERRICK A. MILBOURNE,
On his own behalf and on
Behalf of those similarly
Situated,

    Plaintiff,

v.                            Civil Action No. 3:12cv861

JRK RESIDENTIAL AMERICA, LLC,

    Defendant.

**ORDER**

Because the PRELIMINARY APPROVAL ORDER entered herein on September 15, 2016 (ECF No. 313) set a date for the hearing for final approval of the settlement that was not sufficient to satisfy 28 U.S.C. § 1715 and approved notices that contained that date, is it hereby ORDERED that the PRELIMINARY APPROVAL ORDER (ECF No. 313) is VACATED and that the JOINT MOTION FOR ENTRY OF AMENDED PRELIMINARY APPROVAL ORDER AND CONTINUANCE OF FINAL APPROVAL HEARING TO JANUARY 4, 2017 (ECF No. 314) is granted. A new Preliminary Approval Order will be entered. It is further ORDERED that the JOINT MOTION TO AMEND PRELIMINARY APPROVAL ORDER (ECF No. 315) is denied as moot.

    It is so ORDERED.

                              /s/   /RSP/
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: September 16, 2016